**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Reginald KING, Respondent.**

Supreme Court of Pennsylvania.

July 19, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of July 2012, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED** and this matter is **REMANDED** to the Superior Court for reconsideration in a manner consistent with *Commonwealth v. Au,* 42 A.3d 1002 (Pa.2012).